**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6289

WAYNE ANTHONY RICHARDSON,

Plaintiff - Appellant,

versus

RICHARD LANHAM, SR., Commissioner; RONALD
MOATS, Warden; JOSEPH P. SACCHET, Warden; T.
TUCKER, Lieutenant,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
97-2261-CCB)

Submitted: September 10, 1998     Decided: September 24, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne Anthony Richardson, Appellant Pro Se.  Glenn William Bell,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne Anthony Richardson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Richardson v. Lanham</u>, No. CA-97-2261-CCB (D. Md. Jan. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2